# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BARRY DELACRUZ JR.

NO. 2024 KW 1023

**DECEMBER 23, 2024**

---

In Re:     Barry Delacruz, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 565573, 560748.

---

**BEFORE:     McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** Relator's sentence was imposed in conformity with a plea agreement set forth in the record at the time of the plea. Thus, he is precluded from seeking review of the sentence. See La. Code Crim. P. art. 881.2(A)(2); **State v. Wiggins**, 2013-0649 (La. App. 1st Cir. 1/31/14), 139 So.3d 1, 4.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT